1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| INNOVATIVE IMPORTS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>XTREME INC., dba xpriteusa.com, a California Corporation; LUFFY ZONGXIAN LIU, an Individual; and JUN WANG, an Individual,<br><br>Defendants. | No. 5:20-cv-1473-JAK-AFM<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION (DKT. 42)**<br><br>JS-6 |
|---|---|

    Based on a review of the Joint Stipulation for Dismissal with Prejudice of the Entire Action (the "Stipulation" (Dkt. 42)), sufficient good cause has been shown. Thus, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned civil action is hereby dismissed in its entirety, with prejudice, as to all Defendants, with each party bearing its or his own attorney's fees and costs.

1 | **IT IS SO ORDERED.**

3 | Date: February 18, 2021

_____
John A. Kronstadt
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28